<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         *Plaintiff,*<br><br>        v.<br><br>SELVIA ZAKLAMA,<br><br>                         *Defendant.* | Civil Action No. 24-1263<br><br><br>**ORDER**<br><br><br>May 18, 2026 |

**SEMPER**, District Judge.

**THIS MATTER** having come before the Court on Charnetta M. Pettie's ("Plaintiff") Motion for Default Judgment (ECF 13) against Jose Miguel Valdes Santana ("Defendant") pursuant to Federal Rule of Civil Procedure 55(b)(2), and the Court having considered the submissions of Plaintiff, for the reasons stated in this Court's Opinion dated May 18, 2026,

**IT IS**, on this 18th day of May, 2026,

1. **ORDERED** that Plaintiff's Motion for Default Judgment is **GRANTED**; and it is further

2. **ORDERED** that judgment is entered against Defendant Selvia Zaklama for unpaid federal income taxes and statutory additions for the years 1992, 1993, 1994, 1995, 1996, 1997, 1999, 2000, 2001, 2002, and 2013, in the amount of $9,718,732.12, with statutory additions accruing after September 1, 2025.

                                            */s/ Jamel K. Semper*
                                            **HON. JAMEL K. SEMPER**
                                            **United States District Judge**

Orig:         Clerk
cc:            Michael A. Hammer, U.S.M.J.
               Parties